CJF8.11.19
PCM/LM: USAO #2018R00825

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 AUG 20  PM 5:47

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | **CRIMINAL NO.** RDB-19-0398 |
| **v.** | : | |
| | | |
| **COLLIN DAVIS,** | : | **(Carjacking Resulting in Death, 18 U.S.C. § 2119(3); Discharging a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime, 18 U.S.C. § 924(c); Conspiracy to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Aiding and Abetting, 18 U.S.C. § 2)** |
| | : | |
| | : | |
| | : | |
| | : | |

...oOo...

## INDICTMENT

## COUNT ONE
## (Carjacking Resulting in Death)

The Grand Jury for the District of Maryland charges that:

On or about September 25, 2018, in the District of Maryland, the defendant,

## COLLIN DAVIS,

by force, violence, and intimidation, and with the intent to cause death, did take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit: a 2011 Chevrolet Cruze bearing Maryland tag number 1BT6689, resulting in the death of Anthony Raynor.

18 U.S.C. § 2119(3)
18 U.S.C. § 2

## COUNT TWO
### (Conspiracy to Possess with the Intention to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

From a time unknown to the Grand Jury, but no later than in or about September 25, 2018, and continuing through on or about the filing of this indictment, in the District of Maryland and elsewhere, the defendant,

### COLLIN DAVIS,

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of promethazine hydrochloride with codeine phosphate, a Schedule V controlled substance, and marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

2

## COUNT THREE
### (Using, Carrying, and Discharging a Firearm
### During and in Relation to a Crime of Violence and a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about September 25, 2018, in the District of Maryland, the defendant,

### COLLIN DAVIS,

did knowingly and intentionally use, carry, and discharge a firearm during and in relation to a

crime of violence and a drug trafficking crime for which he may be prosecuted in a court of the

United States, that is, carjacking, as set forth in Count One of this Indictment and conspiracy to

possess with the intent to distribute controlled dangerous substances, as charged in Count Two of

this Indictment, which are incorporated by reference herein, and in the course of said violations

caused the death of a person, Anthony Raynor, through the use of said firearm, which killing

constituted first degree murder, as defined in Title of the United States Code, Section 1111.

18 U.S.C. § 924(c)(1)(A)(iii)

18 U.S.C. § 924(j)(1)

18 U.S.C. § 2

18 U.S.C. § 1111

Robert K. Hur / pecs

ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

20 AUG 19
DATE

3