# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **CRIMINAL NO. RDB 19-0398** |
| **v.** | * |
| | * |
| **COLLIN DAVIS,** | * |
| | * |
| **Defendant** | * |
| | ******* |

## NOTICE THAT GOVERNMENT WILL NOT PURSUE THE DEATH PENALTY AND CONTINUED SPEEDY TRIAL TOLLING

Comes now the United States, by and through undersigned counsel, and hereby notifies the Court and counsel that the United States does not intend to pursue the death penalty against Defendant Collin Davis in the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____/s/_____
Patricia McLane
Lindsey McCulley
Assistant United States Attorneys
United States Attorney's Office
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

Filed ECF: December 12, 2019