# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| **v.** | : Case No. RDB-19-0398 |
| | : |
| **COLLIN DAVIS,** | : |
| **Defendant.** | : |

## MOTION TO SEAL

Collin Davis, by and through counsel, hereby moves to seal Exhibits A and B to his Motion to Suppress Historical Cell Site Location Information and Evidence Derived Therefrom. As grounds therefore, Mr. Davis states that Exhibits A and B are affidavits filed by law enforcement to obtain the search warrants at issue in the motion to suppress. While they have been provided to the Defense as required by the Federal Rules of Procedure and local discovery rules, they were filed with the Court under seal. The affidavits contain allegations that likely cannot be introduced at trial because they are inadmissible under the Federal Rules of Evidence. Public disclosure of these affidavits, thus, could prejudice Mr. Davis' right to a fair trial.

WHEREFORE, Mr. Davis requests that the Court place under seal Exhibits A and B to his Motion to Suppress Historical Cell Site Information and Evidence Derived Therefrom.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the
District of Maryland

_____/s/_____
Katherine Tang Newberger

        First Assistant Federal Public Defender
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Tel: (410) 962-3962
        Fax: (410) 962-0872
        Email: katherine_newberger@fd.org