> **+12038875518**
> Oh ok
> Status: Sent
> Delivered: 11/11/2018 1:41:30 PM(UTC-5)
> Read: 11/11/2018 1:41:32 PM(UTC-5)
> 11/11/2018 1:41:30 PM(UTC-5)

> **+13475674285**
> How that trey pound look
> Status: Read
> Read: 11/12/2018 10:41:53 AM(UTC-5)
> 11/12/2018 9:25:55 AM(UTC-5)

> **+13475674285**
> Send the pic while I got theses niggas on hold
> Status: Read
> Read: 11/12/2018 12:08:18 PM(UTC-5)
> 11/12/2018 12:06:52 PM(UTC-5)

> **+13475674285**
> On phone
> Status: Read
> Read: 11/12/2018 12:12:38 PM(UTC-5)
> 11/12/2018 12:12:32 PM(UTC-5)

> **+13475674285**
> Send pic
> Status: Read
> Read: 11/12/2018 12:12:38 PM(UTC-5)
> 11/12/2018 12:12:37 PM(UTC-5)

> **+12038875518**
> Let me know something
> Status: Sent
> Delivered: 11/12/2018 12:13:27 PM(UTC-5)
> Read: 11/12/2018 12:14:15 PM(UTC-5)
> 11/12/2018 12:13:27 PM(UTC-5)

> +12038875518
>
> Attachments:
>
> Size: 1872905
> File name: IMG_0056.HEIC
> IMG_0056.HEIC
>
> Status: Sent
> Delivered: 11/12/2018 12:21:17 PM(UTC-5)
> Read: 11/12/2018 12:21:23 PM(UTC-5)
>
> 11/12/2018 12:21:11 PM(UTC-5)

> +12038875518
>
> Yoooooo
>
> Status: Sent
> Delivered: 11/12/2018 2:15:29 PM(UTC-5)
> Read: 11/12/2018 2:33:10 PM(UTC-5)
>
> 11/12/2018 2:15:29 PM(UTC-5)

> +13475674285
>
> 550
>
> Status: Read
> Read: 11/12/2018 2:37:13 PM(UTC-5)
>
> 11/12/2018 2:37:03 PM(UTC-5)

> +12038875518
>
> For what
>
> Status: Sent
> Delivered: 11/12/2018 2:37:49 PM(UTC-5)
> Read: 11/12/2018 2:37:58 PM(UTC-5)
>
> 11/12/2018 2:37:47 PM(UTC-5)

> +13475674285
>
> The pound
>
> Status: Read
> Read: 11/12/2018 2:38:21 PM(UTC-5)
>
> 11/12/2018 2:38:10 PM(UTC-5)

> +13475674285
>
> N my bro still want the pump
>
> Status: Read
> Read: 11/12/2018 2:38:25 PM(UTC-5)
>
> 11/12/2018 2:38:24 PM(UTC-5)

> **+12038875518**
> When they want them????
> Status: Sent
> Delivered: 11/12/2018 2:38:42 PM(UTC-5)
> Read: 11/12/2018 2:38:42 PM(UTC-5)
> 11/12/2018 2:38:42 PM(UTC-5)

> **+13475674285**
> Let me fingle it
> Status: Read
> Read: 11/12/2018 2:40:33 PM(UTC-5)
> 11/12/2018 2:38:53 PM(UTC-5)

> **+13475674285**
> Nigga don't wanna do business that way he said
> Status: Read
> Read: 11/12/2018 3:12:15 PM(UTC-5)
> 11/12/2018 3:10:21 PM(UTC-5)

> **+12038875518**
> Ok cool
> Status: Sent
> Delivered: 11/12/2018 3:12:25 PM(UTC-5)
> Read: 11/12/2018 3:12:33 PM(UTC-5)
> 11/12/2018 3:12:25 PM(UTC-5)

> **+13475674285**
> Wats the word
> Status: Read
> Read: 11/13/2018 3:41:14 PM(UTC-5)
> 11/12/2018 11:52:25 PM(UTC-5)

> **+13475674285**
> Wasssup
> Status: Read
> Read: 11/13/2018 6:15:00 PM(UTC-5)
> 11/13/2018 4:56:37 PM(UTC-5)

> **+12038875518**
> What's good Bro
> Status: Sent
> Delivered: 11/13/2018 6:15:07 PM(UTC-5)
> Read: 11/13/2018 7:25:18 PM(UTC-5)
> 11/13/2018 6:15:07 PM(UTC-5)

310



| | | | | | | |
|---|---|---|---|---|---|---|
| 242 | Name:<br>Path:<br><br>MD5: | IMG_0056.HEIC<br>iPhone/var/mobile/Library/SMS/Attachments/14/04/42DC7113-918B-4E7C-95A2-2A0913E26491/IMG_0056.HEIC<br>330653f2b8c8e35f09320f0ddfeb4574 | Size (bytes):<br>Created:<br>Modified:<br>Attachments:<br>Attachment source app:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 1872905<br>11/12/2018 12:08:09 PM(UTC-5)<br>11/12/2018 12:08:10 PM(UTC-5)<br>1<br>iMessage: +12038875518 (1)<br><br>Apple<br>iPhone X<br>11/12/2018 12:08:10 PM<br>4032x3024<br>72x72 (Unit: Inch)<br>Horizontal (normal) | | |
| 243 | Name:<br>Path:<br><br>MD5:<br><br>Duplicates(1) | IMG_0057.HEIC<br>iPhone/var/mobile/Library/SMS/Attachments/d9/09/0C9FBDEF-973A-4954-80FD-89E786A17A9D/IMG_0057.HEIC<br>9d304e52b8f05c435bee873a5fd78a6d | Size (bytes):<br>Created:<br>Modified:<br>Attachments:<br>Attachment source app:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 2101004<br>11/12/2018 12:17:30 PM(UTC-5)<br>11/12/2018 12:17:31 PM(UTC-5)<br>1<br>iMessage: +12038875518 (1)<br><br>Apple<br>iPhone X<br>11/12/2018 12:17:31 PM<br>4032x3024<br>72x72 (Unit: Inch)<br>Rotate 90 CW | | |
| 244 | Name:<br>Path:<br><br>MD5:<br><br>Duplicates(1) | IMG_0058.HEIC<br>iPhone/var/mobile/Library/SMS/Attachments/1d/13/99C6182B-CE8C-499A-86D7-AFB65AD3C4D3/IMG_0058.HEIC<br>bd003aa6179d058158657ec30eecdc93 | Size (bytes):<br>Created:<br>Modified:<br>Attachments:<br>Attachment source app:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 2076604<br>11/12/2018 12:17:33 PM(UTC-5)<br>11/12/2018 12:17:34 PM(UTC-5)<br>1<br>iMessage: +12038875518 (1)<br><br>Apple<br>iPhone X<br>11/12/2018 12:17:34 PM<br>4032x3024<br>72x72 (Unit: Inch)<br>Rotate 90 CW | | |
| 245 | Name:<br>Path:<br><br>MD5: | IMG_0059.HEIC<br>iPhone/var/mobile/Media/DCIM/100APPLE/IMG_0059.HEIC<br>dae655983873f955a63e59e7297b6d1b | Size (bytes):<br>Created:<br>Modified:<br>Meta Data:<br>Camera Make:<br>Camera Model:<br>Capture Time:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 2162678<br>11/12/2018 12:17:36 PM(UTC-5)<br>11/12/2018 12:17:36 PM(UTC-5)<br><br>Apple<br>iPhone X<br>11/12/2018 12:17:36 PM<br>4032x3024<br>72x72 (Unit: Inch)<br>Rotate 90 CW | | |