# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

June 7, 2021

## LETTER ORDER

TO: COUNSEL OF RECORD

    RE:   *USA v. Collin Davis*  
           Criminal No. RDB-19-0398

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**    September 27, 2021 at 4:00 p.m.

**Jury Trial**        October 4, 2021 at 9:30 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

    Sincerely,

      /s/

    Richard D. Bennett  
    United States District Judge